NUMBER
13-05-629-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

 

WILLIAM FRED KORCZYNSKI,                                    Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

 

                      On
appeal from the County Court

                              of
Bee County, Texas.

 

                     MEMORANDUM
OPINION

 

      Before
Chief Justice Valdez and Justices Yanez and Garza

                       Memorandum
Opinion Per Curiam

 








Appellant, WILLIAM FRED KORCZYNSKI,
perfected an appeal from a judgment entered by the County Court
of Bee County, Texas,  in
cause number 15349. 
Appellant has filed a motion to dismiss the appeal.  The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

 

Memorandum Opinion
delivered and filed this

the 26th
day of January, 2006.